## CARTWRIGHT v. C. I. T. CORPORATION.

Court of Appeals of Kentucky.

(Decided March 19, 1935.)

See, also, 70 S. W. (2d) 388.

J. FRANKLIN FAIRLEIGH for movant.

C. E. SHINDLER, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## PRUDENTIAL INSURANCE COMPANY OF AMERICA v. ELDRIDGE.

Court of Appeals of Kentucky.

(Decided March 19, 1935.)

LOW & BRYANT for movant.

CHARLES E. HERD and ROBERT J. WATSON, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## ADAMS v. WELLS.

Court of Appeals of Kentucky.

(Decided March 22, 1935.)

See, also, 72 S. W. (2d) 476.

C. W. HOSKINS for movant.

J. M. MUNCY, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.